```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12349
   MICHELLE M PADILLA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3549
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/11/07 and confirmed on 12/05/07.

    2.  The case was dismissed after confirmation, 03/07/2008.

    3.  The Debtor paid a total of $   1300.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CHARTER ONE BANK NA | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 12507.90 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19673.62 | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9733.25 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10071.14 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 51985.91 | .00 | 51985.91 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $    376.00  direct and $   1241.50  through the plan.

The Trustee received $     58.50 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/24/08                      /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12349 MICHELLE M PADILLA